UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Magistrate No. 06-219M |
| | : | Criminal No. |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 1344 |
| TARA M. WILSON, | : | (Bank Fraud); |
| | : | 18 U.S.C. § 2 (Aiding and Abetting); |
| Defendant. | : | 22 D.C. Code §§ 3221(a), 3222(a)(1) |
| | : | (2001 ed.) (Fraud in the First Degree); |
| | : | 22 D.C. Code § 1805 (2001 ed.) |
| | : | (Aiding and Abetting) |

**I N F O R M A T I O N**

The United States Attorney hereby informs the Court that**:**

**COUNT ONE**

1. At all times material to this Information, First Union National Bank was a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

2. From in or about November of 2000 until in or about March of 2001, defendant TARA M. WILSON worked as a teller at First Union National Bank in the District of Columbia.

3. From in or about November of 2000 until in or about March of 2001, defendant TARA M. WILSON did provide to individuals known and unknown to the United States Attorney, which individuals were involved in a counterfeit check writing scheme, copies of corporate checks for ten or more corporations that did banking with First Union National Bank. Defendant WILSON provided these checks to these individuals so they could produce counterfeit checks from the copies.

4. From in or about February of 2001 until in or about March of 2001, the individuals involved in the counterfeit check writing scheme brought approximately sixty (60) counterfeit checks so produced to First Union National Bank and cashed them with the assistance of defendant TARA M. WILSON in her position as a teller at the bank. The total amount of cash received from the counterfeit checks so cashed was approximately $94,786.

5. From in or about February of 2001 until in or about March of 2001, the individuals involved in the counterfeit check writing scheme gave defendant TARA M. WILSON approximately $5,000 to $6,000 for her assistance in the counterfeit check writing scheme.

6. Between in or about November of 2000, and in or about March of 2001, within the District of Columbia and elsewhere, defendant TARA M. WILSON, aided and abetted by others known and unknown to the United States Attorney, devised and executed, as set forth above, a scheme and artifice to defraud First Union National Bank and to obtain money, funds and assets owned by and under the custody and control of First Union National Bank by means of false or fraudulent pretenses, representations and promises.

**(Bank Fraud, in violation of Title l8, United States Code, Sections 1344 and 2)**

**COUNT TWO**

7. Paragraphs two through five of this Information are incorporated herein as if set forth in full.

8. Between in or about November of 2000, and in or about March of 2001, within the District of Columbia and elsewhere, defendant TARA M. WILSON, aided and abetted by others known and unknown to the United States Attorney, engaged in a scheme and systematic course of conduct with intent to defraud and to obtain property of First Union National Bank by means of false

or fraudulent pretenses, representations, and promises and thereby obtained property of a value of $250 or more belonging to First Union National Bank, consisting of United States currency.

**(Fraud in the First Degree, in violation of Title 22, D.C. Code Sections 3221(a), 3222(a)(1), and 1805 (2001 ed.))**

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar # 451058


By: _____
DANIEL P. BUTLER
D.C. Bar # 417718
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov