AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF __Columbia__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Tara M. Wilson | WAIVER OF INDICTMENT **FILED**<br><br>CASE NUMBER: 06-170<br><br>JUL 3 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

I, __Tara Wilson__, the above named defendant, who is accused of

__Bank Fraud__
__Aiding & Abetting__
__Fraud in the First Degree__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Monday, July 31, 2006__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

__/s/ Tara Wilson__
Defendant

__/s/ Dani Jahn__
Counsel for Defendant

Before __Rosemary M Colly__
Judicial Officer

7/31/06