IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO.: 06-170 |
| v. : | **FILED** |
| TARA M. WILSON, : | JUL 3 1 2007 |
| Defendant. : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Tara M. Wilson, with the concurrence of her attorney, Ms. Danielle Jahn, agree and stipulate as follows:

The defendant is charged by Information with one count of Bank Fraud, pursuant to Title 18, United States Code, Section 1344 and Section 2 (Aiding and Abetting), and one count of Fraud in the First Degree, in violation of Title 22, D.C. Code, Sections 3221(a) and 3222(a)(1) and Section 1805 (aiding and abetting).

Defendant Wilson worked as a teller at First Union National Bank from in or about November of 2000 to in or about March of 2001. The funds of First Union National Bank were at all relevant times insured by the Federal Deposit Insurance Corporation.

While working at First Union National Bank, defendant Wilson had a discussion with a friend she knew from high school. The friend and others were involved in a counterfeit check writing scheme and the friend asked defendant Wilson for her assistance in that scheme. Defendant Wilson agreed to assist these individuals in their scheme.

Thereafter, defendant Wilson provided copies of corporate checks for ten or more corporations to the individuals involved in the check writing scheme. In late-February or early-

March of 2001, the individuals involved in the check writing scheme came into the First Union National Bank where defendant Wilson worked to cash counterfeit checks that had been produced using the information provided to them by defendant Wilson. Each individual presented a picture identification in the name of the payee of the check. At least five separate individuals came into the bank with checks. After defendant Wilson finished work for the day, she met with the individuals involved in the scheme, who paid her $1,000 for her assistance in cashing the counterfeit checks.

The individuals involved in the check writing scheme came into First Union National Bank about four or five separate times. Defendant Wilson recalled being paid a total amount of $5,000 to $6,000 for her assistance in the scheme. Defendant Wilson spent the money she received either on herself or by giving it to others.

Defendant Wilson stopped cashing the counterfeit checks after she was questioned by First Union National Bank security and was then terminated from her job with the bank. In total, there were approximately 60 counterfeit checks passed through defendant Wilson as part of the scheme, for a total amount of approximately $94,786.

One of the individuals involved in the check writing scheme was Sean Anthony Williams. Mr. Williams owned a computer that was used by the individuals in the check writing scheme to print the counterfeit checks in Mr. Williams' home. Mr. Williams pled guilty in the United States District Court for the Eastern District of Virginia, Criminal No. 1:05CR472, in October of 2005. He pled guilty to a one-count information charging bank fraud, in violation of 18 U.S.C. § 1344 for his role in using these counterfeit checks at banks in the Washington, D.C., metropolitan area.

Mr. Williams was sentenced on April 7, 2006, by Chief Judge Claude M. Hilton and ordered to make restitution to the banks defrauded.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
D.C. Bar No. 451058

By: _____
DANIEL P. BUTLER
Assistant United States Attorney
D.C. Bar No. 417718
555 4th Street, N.W., Room 5231
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, Ms. Danielle Jahn, I agree and stipulate to this Statement of Offense.

Date: July 31, 2006     _____
Tara M. Wilson
Defendant

I have discussed this Statement of Offense with my client, Tara M. Wilson. I concur with her decision to stipulate to this Statement of Offense.

Date: 7/31/06     _____
Ms. Danielle Jahn
Attorney for Defendant Tara M. Wilson