U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA :

v. :

: Case No. 06-170 (RMC)

TARA M. WILSON, :

    DEFENDANT. :

**FILED**

JUL 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __31ST__ day of __JULY, 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __TO BE DETERMINED__ by __SPECIAL AGENT JAMES GODLEY, FBI__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __THE FEDERAL BUREAU OF INVESTIGATION__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SA JAMES GODLEY__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~XXXXXXXXXXXXXX~~ ROSEMARY M. COLLYER

DOJ USA-16-1-80

DEFENSE COUNSEL