Dear Judge Collyer:

My name is Dynnia Y. Anderson and I am the aunt of Tara Wilson. Tara at her young age has committed a crime that will follow her the rest of her life. I am an employee of FDIC, an Agency that insures banks. She has jeopardized any kind of career with the Federal Government.

I believe my niece is very remorseful for what she has done. She realizes that the crime she committed may take her away from her 3 year old daughter, whom she loves more than anything. She is a loving and devoted mother, sister, niece, and friend. She attends church with her daughter every Sunday.

Tara's goal is to become a licensed cosmetologist in hair and makeup. She attended Dudley Beauty School and passed with honors and awards. She would love to be trained by MAC Cosmetics and become a makeup artist for celebrities performing in the metropolitan area. I feel she has a great chance in reaching her goal.

I plead for mercy in her sentencing. I understand that a crime was committed, however, it was her first and last offense, and I am hoping and praying for leniency.

Sincerely,

Dynnia Y. Anderson

October 26, 2006

Honorable Rosemary Collyer
United States District Judge
333 Constitution Avenue N.W.
Washington, DC   20001


Dear Judge Collyer:

My name is Cynthia McKan and I am writing this letter on behalf of Tara M. Wilson. I am Tara's maternal aunt and she and I have been together all her life except for a short period of time when she lived with her mother. I was at the hospital when Tara was born and I was the one standing at the infant's intensive care unit crying because she was born addicted to Phenobarbital.

Tara was raised by her grandparents and me. At the time when this Fraud case occurred, Tara's Grandmother had been takened out of the home. The Washington Hospital Center took custody of her and placed her in a Nursing Home because of her declining health (she spent a minimum of three days a week in the hospital). Tara's grandfather was dying of Lung Cancer. This was a bad time for the both of us. Tara had a lot of responsibility at this time helping me take care of my parents. But I thank her for being their.

Since then Tara, has completed Dudley's Beauty College (I took a withdrawal from my 401K plan). She loves doing hair and is very good at it. She has also become a mother. But before she even became a mother she had developed into a wonderful person. She is caring, giving, independent and very thoughtful of other's. Her younger cousins look up to her. She has been known to plan outings for them, a day at the museums, the zoo, and water parks.

I think this was a bad time for Tara and she definitely used bad judgment. Would it happen again? I honestly feel that she would never get involved in any thing that would jeopardize her being in her daughter's life.


Sincerely,

*Cynthia McKan* (signature)

Cynthia McKan

(W) 703 508 5555
(H) 202 291 4635

Dear Judge Collyer,

I am writing this letter on the behalf of my great-niece Tara Wilson. I am aware of the crime she pleaded guilty to. I have known Tara since birth. Tara has always been a very smart and independent person, who just got into a bad situation during her teenage years. She is very a good mother who takes care of her daughter very well. Tara is a person who would do anything for her family. She works in a salon doing what she enjoys the most, hair. Tara is a very layed back person who is very reliable, dependent, and mature for her age. Over the years Tara have grown up into a loving young woman. She has changed. That's why she will never commit to this sort of offense again. Tara now have someone in her life that she truly loves and will never want to be or for anyone to take her away from her, that's who she lives for.

I know Tava has pleaded to this crime and I believe she should got the least sentence for this crime which I know she has learned her lesson.

Sincerely Yours
Mrs Jacqueline Fairfax
202-483-6501